UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JEREMIAH GARR CLARK                                                                                       PLAINTIFF

v.                                              No. 2:21-CV-02026

JIMMY DORVEY, et al.                                                                                      DEFENDANTS

### ORDER

The Court has received a report and recommendation (Doc. 12) from United States Magistrate Judge Mark E. Ford on a preservice screening of Plaintiff's complaint pursuant to 28 U.S.C. § 1915A. Plaintiff has not filed objections and the deadline to object has passed. The Magistrate recommends that Plaintiff's claims for violation of his right to meaningful access to the courts, his free exercise claims, and his conditions of confinement claims should be dismissed without prejudice, as should any other claims against Defendants Wilson and Vanessa. The Magistrate further recommends that Plaintiff's failure to protect, denial of medical care, and denial of adequate caloric intake claims should remain for service and further review. The Court has carefully reviewed the report and recommendation and agrees with the Magistrate Judge.

IT IS THEREFORE ORDERED that the report and recommendation is ADOPTED IN FULL. Plaintiff's meaningful access, free exercise, and conditions of confinement claims, and claims against Defendants Wilson and Vanessa, are DISMISSED WITHOUT PREJUDICE as recommended by the Magistrate Judge. Plaintiff's other claims remain pending, and this case remains referred.

IT IS SO ORDERED this 2nd day of June, 2021.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE